JOHN S. KINSEY, RESPONDENT, v. SOLOMON BUTZ ET AL., APPELLANTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 100.

For the appellants, *William P. Braun.*

For the respondent, *William C. Gebhardt & Son.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.